# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

AMILCAR PEREZ SANCHEZ

    Plaintiff,

v.

LALIGURAS DC, LLC, et al.

    Defendants.

Case No. 1:20-cv-02275-TSC

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41, the parties hereby stipulate to the dismissal of this action against all Defendants with prejudice, each party to bear its own costs.

Date: December 3, 2020

Respectfully submitted,

/s/ Justin Zelikovitz
JUSTIN ZELIKOVITZ, #986001
JONATHAN P. TUCKER, #1026050
DCWAGELAW
519 H Street NW
Washington, DC 20001
Phone: (202) 803-6083
Fax: (202) 683-6102
justin@dcwagelaw.com

*Counsel for Plaintiff*

/s/ Howard B. Hoffman, Esq.
HOWARD B. HOFFMAN, #977135
HOFFMAN EMPLOYMENT LAW, LLC
600 Jefferson Plaza, Suite 204
Rockville, MD 20852
Phone: (301) 251-3752
Fax: (301) 251-3753
hhoffman@hoholaw.com

*Counsel for Defendants*